JOSEPH SCHONLEBEN et al., Appellants, *v.* HAROLD SWAIN, Respondent.

*Schonleben* v. *Swain,* 130 App. Div. 521, affirmed.
(Argued May 3, 1910; decided May 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1909, affirming a judgment in favor of defendant

entered upon a decision of the court on trial at Special Term in an action to compel the removal of certain fences and to enjoin the defendant from interfering with an alleged right of way.

*Harlan F. Stone* for appellants.

*Benjamin N. Cardozo* and *Harold Swain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.